**Alfred WHITTELL v. George WHITTELL, Jr., et al.**

No. 8738.

Circuit Court of Appeals, Ninth Circuit.
Jan. 7, 1937.

Vincent W. Hallinan and Carey Van Fleet, both of San Francisco, Cal., for appellant.

George J. Hatfield, Harold C. Faulkner, Fred B. Wood, William B. Mead, and Jerome P. Herst, all of San Francisco, Cal., for appellees.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

---

**Ex parte: In the matter of Frances K. L. WILSON, Debtor, Appellant.**

No. 4225.

Circuit Court of Appeals, Fourth Circuit.
Nov. 10, 1937.

Geo. M. Beltzhoover, Jr., of Charles Town, W. Va., for appellant.

PER CURIAM.

Order dismissing appeal, with costs, filed.

---

**WILSON TRANSPORTATION COMPANY, Appellant, v. Charles M. HANSEN, as Father and Natural Guardian of Raymond Homer Hansen, a Minor.**

No. 10878.

Circuit Court of Appeals, Eighth Circuit.
Oct. 26, 1937.

Morris Evans, of Minneapolis, Minn., M. Tedd Evans, of Pipestone, Minn., and E. Raymond Hughes, of Mankato, Minn., for appellant.

Glenn Catlin, of Pipestone, Minn., and James H. Hall, of Marshall, Minn., for appellee.

PER CURIAM.
Appeal dismissed, with costs.